Katherine E. Carlton Robinson, Esq. (IN #31694-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:  ebooth@jacobsenmcelroy.com
         kanders@jacobsenmcelroy.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL BARRY TAYLOR,<br>    Plaintiff,<br><br>    vs.<br><br>TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC;<br>    Defendants. | CASE NO. 2:18-cv-00124-MCE-DB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Michael Barry Taylor, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00124-MCE-DB**

|   |   |   |
|---|---|---|
| Date: | April 17, 2018 | *s/ Michael Cardoza (with consent)* |

Michael F. Cardoza, Esq.
The Cardoza Law Corporation
548 Market Street, #80594
San Francisco, CA 94104
Telephone: 415-488-8041
Fax: 415-651-9700
E-Mail: mike.cardoza@cardozalawcorp.com

*Counsel for Plaintiff Michael Barry Taylor*

|   |   |   |
|---|---|---|
| Date: | April 17, 2018 | *s/ Katherine E. Carlton Robinson* |

Katherine E. Carlton Robinson, Esq.
  (IN #31694-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Eileen T. Booth, Esq. (CSB #182974)
Kurtis J. Anders, Esq. (CSB #269333)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA 95825
Telephone: 916-971-4100
Fax: 916-971-4150
E-Mail: ebooth@jacobsenmcelroy.com
           kanders@jacobsenmcelory.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00124-MCE-DB**

**ORDER**

PURSUANT TO STIPULATION, it is ordered that all claims of Plaintiff Michael Barry Taylor against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff Michael Barry Taylor and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 19, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00124-MCE-DB**

Page 3 of 4

**1**
**2**
**3**
**4** DISTRIBUTION TO:
**5**

| Michael F. Cardoza, Esq. <br> mike.cardoza@cardozalawcorp.com | Jennifer Sun, Esq. <br> jennifersun@jonesday.com |
|---|---|
| Thomas P. Quinn, Jr., Esq. <br> tquinn@nokesquinn.com | Eileen T. Booth, Esq. <br> jhawkins@jacobsenmcelroy.com |
| Katherine E. Carlton Robinson, Esq. <br> krobinson@schuckitlaw.com | |

**6**
**7**
**8**
**9**
**10**
**11**
**12**
**13**
**14**
**15**
**16**
**17**
**18**
**19**
**20**
**21**
**22**
**23**
**24**
**25**
**26**
**27**
**28**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 2:18-CV-00124-MCE-DB**