The Cardoza Law Corporation
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone: (415) 488-8041
Facsimile: (415) 651-9700
*Attorney for Plaintiff*,
Michael Barry Taylor

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BARRY TAYLOR;<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC;<br><br>Defendants | Case Number:<br><br>2:18-cv-00124-MCE-DB<br><br>*HON. JUDGE MORRISON C. ENGLAND, JR.*<br><br>**ORDER OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** PURSUANT TO FRCP 41(a)(2) |

///
///
///
///
///
///
///
///

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(2), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE with respect to Defendant EXPERIAN INFORMATION SOLUTIONS, INC., as to all claims and causes of action, with each party bearing its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE