**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BARRY TAYLOR, | Case No.: 2:18-cv-00124-MCE-DB |
| Plaintiff, | [Assigned to the Honorable Morrison C. England, Jr.] |
| vs. | |
| EQUIFAX INFORMATION SERVICES LLC, | ORDER GRANTING JOINT REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS |
| Defendant. | |

THIS MATTER, having come before the Court on the Parties' Joint Request for Extension of Time to File Dispositional Documents (ECF No. 29) and for good cause shown, IT IS HEREBY ORDERED that the request is GRANTED. The parties shall have until **October 10, 2018** within which to file the Stipulation of Dismissal.

IT IS SO ORDERED.

Dated:  October 2, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Joint Request for Extension of Time to File Dispositional Documents