The Cardoza Law Corporation
Michael F. Cardoza, Esq. (SBN: 194065)
Mike.Cardoza@cardozalawcorp.com
Lauren B. Veggian, Esq. (SBN 309929)
Lauren.Veggian@cardozalawcorp.com
548 Market St. #80594
San Francisco, CA 94104
Telephone:   (415) 488-8041
Facsimile:    (415) 651-9700
*Attorney for Plaintiff*,
Michael Barry Taylor

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BARRY TAYLOR;<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC;<br><br>Defendants | Case Number:<br><br>2:18-cv-00124-MCE-DB<br><br>*HON. JUDGE MORRISON C. ENGLAND, JR.*<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER** |

///

///

///

///

///

///

///

| | |
|---|---|
| 1 | |
| 2 | Plaintiff MICHAEL BARRY TAYLOR, and Defendant Equfax Information Services, Inc., by and through their counsel of record, hereby request that the Court dismiss the above-entitled matter in its entirety, with prejudice. Each party will bear its own costs and attorneys' fees. |

DATED: October 9, 2018	**THE CARDOZA LAW CORPORATION**

> BY: /S/ LAUREN B.VEGGIAN
> MICHAEL F. CARDOZA, ESQ.
> LAUREN B. VEGGIAN, ESQ.
> ATTORNEY FOR PLAINTIFF,
> MICHAEL BARRY TAYLOR

DATED: October 9, 2018	**NOKES & QUINN, APC**

> BY: /S/ THOMAS PATRICK QUINN, JR.
> THOMAS PATRICK QUINN, JR.
> ATTORNEY FOR EQUIFAX INFORMATION SERVICES, INC.

///
///
///

**ORDER**

Pursuant to the foregoing stipulation of the parties, the Court hereby DISMISSES the entire case with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED: OCTOBER 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

## **ATTESTATION AND CERTIFICATE OF SERVICE**

I, Lauren B. Veggian, am the ECF user whose identification and password are being used to file this document and I hereby attest that all counsel whose electronic signatures appear within it provided their authority and concurrence.

I also hereby certify that on 10/11/2018, I electronically filed a true and correct copy of the foregoing Stipulation for Dismissal with the Clerk of the Court for the United States District Court for the Eastern District Of California using the CM/ECF system. I also certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the CM/ECF system.

**THE CARDOZA LAW CORPORATION**

DATED: October 11, 2018        BY: /S/ LAUREN B. VEGGIAN
　　　　　　　　　　　　　　　　　　MICHAEL F. CARDOZA, ESQ.
　　　　　　　　　　　　　　　　　　LAUREN B. VEGGIAN, ESQ.
　　　　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFF,
　　　　　　　　　　　　　　　　　　MICHAEL BARRY TAYLOR